United States Bankruptcy Court
Middle District of Florida

In re:  Case No. 25-03387-JAF
Ediberto Aner Leon Savon  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-3      User: admin      Page 1 of 2
Date Rcvd: Sep 26, 2025      Form ID: 309A      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ediberto Aner Leon Savon, 8916 Joseph Court, Jacksonville, FL 32216-3505 |
| 31894970 | + | A & T Insurance LLC, DBA Univista Insurance, 11921 S. Dixie Hwy., Suite 224, Miami, FL 33156-4449 |
| 31894971 | + | Arbor Forest Products LLC, 20374 Husker Drive, Gretna, NE 68028-8041 |
| 31894972 | + | Asael Rene Castillo, 5847 NW 53rd Court, Ocala, FL 34482-2864 |
| 31894975 | + | City of Wagoner, PO Box 406, Wagoner, OK 74477-0406 |
| 31894976 | + | Comenitycb/Bbbaby, Po Box 182120, Columbus, OH 43218-2120 |
| 31894978 | | Dangelo Salgado, 20171 OK-72 N, Haskell, OK 74436 |
| 31894980 | + | Kemper, Dept. #3033, PO Box 2153, Birmingham, AL 35287-0002 |
| 31894981 | + | Kent Janefeld, 1353 N. Hawkins Lane, Haskell, OK 74436-1800 |
| 31894983 | + | Morgan Towing & Recovery, 2215 N. Sheridan Road, Tulsa, OK 74115-3629 |
| 31894988 | + | Standard Fire Insurance Co., One Tower Square, Hartford, Hartford, CT 06183-0001 |
| 31894990 | + | Twins Insurance Group, 1526 Katy Gap Road, Ste. 401, Katy, TX 77494-6512 |
| 31894995 | + | White Bull Insurance Group LLC, 7901 4th Street N, Suite 300, Saint Petersburg, FL 33702-4399 |
| 31894997 | + | World Relief, 201 Route 9w North, Congers, NY 10920-1740 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: radamslaw7@gmail.com | Sep 26 2025 21:53:00 | Richard J Adams, Jr., Adams and Associates PA, 6500 Cowpen Road, Suite 101, Miami Lakes, FL 33014 |
| tr | + | EDI: BGKCREWS | Sep 27 2025 01:47:00 | Gregory K. Crews, 8584 Arlington Expressway, Jacksonville, FL 32211-8003 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 26 2025 21:54:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 31894973 | ^ | MEBN | Sep 26 2025 21:52:26 | Ascension Medical Group St. Vincent's, ATTN #18855E, PO Box 14000, Belfast, ME 04915-4033 |
| 31894974 | + | EDI: CAPITALONE.COM | Sep 27 2025 01:47:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 31894979 | | EDI: DISCOVER | Sep 27 2025 01:47:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 31894977 | + | Email/Text: assetmanagement@dakotafin.com | Sep 26 2025 21:54:00 | Dakota Financial, LLC, 11766 Wilshire Blvd, Suite 550, Los Angeles, CA 90025-6570 |
| 31894998 | + | Email/Text: lboeckman@coj.net | Sep 26 2025 21:54:00 | Duval County Tax Collector, Kelly Papa, Assistant General Counsel, 117 West Duval Street, Suite 480, Jacksonville FL 32202-5721 |
| 31894999 | | EDI: FLDEPREV.COM | Sep 27 2025 01:47:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 31894984 | + | EDI: NTXTOLWAY | | |

| District/off: 113A-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: 309A | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 27 2025 01:48:00 | North Texas Tollway Authority, PO Box 660244, Dallas, TX 75266-0244 |
| 31894985 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 26 2025 21:54:00 | Progressive Casualty Insurance Co., 300 North Commons Blvd, Cleveland, OH 44143-1589 |
| 31894986 | + | Email/Text: ngisupport@radiusgs.com | Sep 26 2025 21:54:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 31894987 | ^ | MEBN | Sep 26 2025 21:52:34 | Rauch-Milliken International, Inc., PO Box 8390, Metairie, LA 70011-8390 |
| 31894989 | + | EDI: CITICORP | Sep 27 2025 01:47:00 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 31894991 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 26 2025 21:54:00 | Us Bk Hm Mtg, 4801 Frederica Street, Owensboro, KY 42304 |
| 31894992 | ^ | MEBN | Sep 26 2025 21:50:45 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 31894996 | | Email/Text: bankomail@wilbergroup.com | Sep 26 2025 21:54:00 | Wilber & Associates, P.C., 210 Landmark Drive, Normal, IL 61761 |
| 31894993 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 27 2025 01:44:22 | Wellsfargo, Po Box 10438, Des Moines, IA 50306-0438 |
| 31894994 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 27 2025 01:33:26 | Wfb Cd Svc, P.O. Box 3696, Portland, OR 97208-3696 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31894982 | | Landstar System Inc, PO Box 19137 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2025         Signature:    /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Ediberto Aner Leon Savon<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3061<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter: | 7   9/23/25 |
| Case number: | 3:25–bk–03387–JAF | Date Notice Issued: | 9/26/25 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ediberto Aner Leon Savon | |
| 2. | **All other names used in the last 8 years** | aka Ediberto A Leon, aka Ediberto A Leon Savon | |
| 3. | **Address** | 8916 Joseph Court<br>Jacksonville, FL 32216 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard J Adams Jr.<br>Adams and Associates PA<br>6500 Cowpen Road, Suite 101<br>Miami Lakes, FL 33014 | Contact phone (305) 824–9800<br><br>Email: radamslaw7@gmail.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211 | Contact phone 904–354–1750 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor  **Ediberto Aner Leon Savon**　　　　　　　　　　　　　　　　　　　　　　　　Case number **3:25-bk-03387-JAF**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy Clerk's Office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Bryan Simpson United States Courthouse  300 North Hogan Street  Suite 3-150  Jacksonville, FL 32202 | Office Hours: 8:30 AM to 4:00 PM  Monday through Friday  Contact phone: 813-301-5319 |

***You are reminded that Local Rule 5073-1 restricts the entry of personal electronic devices into the Courthouse.***

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 24, 2025 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location of Meeting:**  Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 966 120 3334, and passcode 4618557177, or call 904-658-1994 |

*** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. ***
*** For additional meeting information go to https://www.justice.gov/ust/moc ***

| | | |
|---|---|---|
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | | |
|---|---|---|---|
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** December 23, 2025 |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 866-222-8029. |