[**Dostkamd**] [Order Striking Amendment To Schedules]

ORDERED.

**Dated: January 13, 2026**

_____

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                        Case No.
                                                                             3:25–bk–03387–JAF
                                                                             Chapter 7

Ediberto Aner Leon Savon
aka Ediberto A Leon
aka Ediberto A Leon Savon

_____Debtor*_____/

### _ORDER STRIKING AMENDED SCHEDULE E/F_

THIS CASE came on for consideration, without hearing, of the Amended Schedule E/F filed January 12, 2026, Doc. No. 9. The Amended Schedule E/F is deficient as follows:

The filing fee prescribed by 28 U.S.C. § 1930(b) has not been paid.

The Amendment to Schedules is not limited to only new or deleted information pursuant to Local Rule 1009−1(b).

The filing attorney failed to upload the additional creditors during the filing process pursuant to Local Rules 1007−2(a) and 1009−1(d).

The Amendment to Schedules does not include an Amended Summary of Your Assets and Liabilities required for reporting purposes in compliance with 28 U.S.C. § 159(c)(3)(A), (B) and/or (C).

.

Accordingly, it is **_ORDERED:_**

The Amended Schedule E/F is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two

individuals.